IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADAM AUTO GROUP, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.:  1:19-cv-03110 |
| | ) | |
| OWNERS INSURANCE GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION TO DISMISS**

Now comes the parties, who hereby stipulate and agree that all claims at issue in this matter have been resolved and should be dismissed with prejudice with each party to bear its own costs.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims at issue are hereby settled and dismissed with prejudice with each party to bear its own costs.


/s/ Edward Eshoo, Jr._____
Edward Eshoo, Jr.
Christina M. Phillips
MERLIN LAW GROUP
181 West Madison Street, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808
eeshoo@merlinlawgroup.com
cphillips@merlinlawgroup.com

/s/ *Paul S. Festenstein*_____
Paul S. Festenstein
Condon & Cook, LLC
55 West Monroe Street, Suite 3430
Chicago, Illinois 60603
pfestenstein@condoncook.com