# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Adam Auto Group, Inc.
                                  Plaintiff,

v.
                                                                                 Case No.: 1:19–cv–03110
                                                                                Honorable Matthew F. Kennelly

Owners Insurance Company
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 3, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the stipulation of dismissal [30], this case is dismissed with prejudice and without costs. The status hearing of 1/7/2020 is vacated. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.